1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MARLON BLACHER,                          No. 2:18-cv-1620-EFB P

12              Plaintiff,

13        v.                                   ORDER

14    SCOTT KERNAN, et al.,

15              Defendants.

16

17          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  To proceed with a civil action a plaintiff must pay the $400 filing fee required by

19    28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and

20    trust account statement required by 28 U.S.C. § 1915(a).  Plaintiff has neither paid the fee nor

21    submitted a proper application for leave to proceed in forma pauperis.

22          Accordingly, plaintiff has 30 days from the date of service of this order to submit either

23    the filing fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail

24    to plaintiff a form application for leave to proceed in forma pauperis.  Failure to comply with this

25    order may result in the dismissal of this action.

26          So ordered.

27    Dated:  June 13, 2018.

28                                             EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE