UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON JESSE BLACHER,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>Defendants. | No. 2:18-cv-01620-MCE-EFB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 21, 2018, the Court denied plaintiff's application to proceed in forma pauperis because plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g) and granted plaintiff fourteen days within which to pay the $400 filing fee for this action. ECF No. 10. Plaintiff was warned that failure to pay the filing fee within fourteen days would result in dismissal of this action. Id. Plaintiff filed a "Notice of Appeal"[1] but has not paid filing fee. ECF No. 11.

---

[1] The Clerk of the Court processed plaintiff's interlocutory appeal to the Court of Appeals for the Ninth Circuit. ECF No. 12. On May 6, 2019, the appeal was dismissed for failure to prosecute. ECF No. 14.

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  July 18, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE